

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Zdzislaw Grzegorz Pecyna and Teresa Pecyna | Chapter 7 <br> 21-40010-CJP |
| Debtors | |

## ORDER

THE CHAPTER 7 TRUSTEE SHALL FILE A STATUS REPORT ON OR BEFORE MAY 21, 2025.

Dated: 04/21/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge